UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SCOTT LUPIA,

                              Plaintiff,                      21-CV-11077 (LJL)

        -against-                                             **ORDER**

NEW JERSEY TRANSIT RAIL
OPERATIONS, INC.,

                              Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On March 22, 2022, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. By March 30, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      March 23, 2022
                 New York, New York