UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCOTT LUPIA,

                           Plaintiff,                     21-CV-11077 (LJL)(SN)

      -against-                                     **ORDER**

NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,

                           Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference to discuss the parties' request to adjourn the settlement conference is scheduled for Tuesday, October 25, 2022, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     New York, New York
                  October 20, 2022