```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCOTT LUPIA,

                        Plaintiff,                    21-CV-11077 (LJL)(SN)

            -against-                                        ORDER

NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,

                        Defendant.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The conference currently scheduled for Tuesday, October 25, 2022, at 11:00 a.m. is RESCHEDULED for Thursday, October 27, 2022, at 2:30 p.m. The parties should follow the dial-in instructions at ECF No. 30.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 24, 2022
         New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2022