```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

**SCOTT LUPIA,**

                          Plaintiff,                        **21-CV-11077 (LJL)(SN)**

     -against-                                       <u>**ORDER**</u>

**NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,**

                          Defendant.

```
------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, March 22, 2022, the Honorable Lewis J. Liman assigned this matter to my docket for settlement. On Friday, December 23, 2022, Judge Liman denied Defendant's motion for summary judgment on Plaintiff's Locomotive Inspection Act claim. ECF No. 41. In light of this development, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive. As the parties know, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     December 30, 2022
                 New York, New York