UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SCOTT LUPIA, :
:
:
Plaintiff, :
: 21-cv-11077 (LJL)
-v- :
: ORDER
:
NEW JERSEY TRANSIT RAIL OPERATIONS, INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    After the jury was discharged on Monday, March 20, 2023, one of the jurors handed the Court's deputy an envelope containing a letter with the request that it be delivered to the Plaintiff. The Court has not opened the envelope or read or inspected the letter. As noted at the conclusion of trial, jurors once discharged are ordinarily permitted to initiate communications with parties and the Court lifted the injunction on the jury to not speak about the case. *See also* Handbook for Trial Jurors Serving in the United States District Courts 14 (2012) (stating that jurors are free to "go about their normal affairs" after they return their verdict and are dismissed).

    The Court plans to deliver that letter to counsel for the Plaintiff to be delivered to the Plaintiff on March 27, 2023. Any party having an objection shall file a letter with the Court on ECF on or before March 24, 2023, citing legal authority.

SO ORDERED.

Dated: March 22, 2023
      New York, New York
                                          LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2023