**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SCOTT LUPIA,

                Plaintiff,                              21 **CIVIL** 11077 (LJL)

       -against-                                     **JUDGMENT**

NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,

                Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis J. Liman, United States District Judge, Plaintiff Scott Lupia has judgment against the defendant New Jersey Transit Rail Operations, Inc., in the amount of $450,000 for his past lost earnings; $3,667,189 for his future impairment to earning capacity; $900,000 for past pain and suffering impairment; $6,660,940 for future pain and suffering impairment, for a total sum of $11,618,129; accordingly, the case is closed.

**DATED:**  New York, New York
             March   22   , 2023

                                                                              **RUBY J. KRAJICK**

**So Ordered:**                                                   **Clerk of Court**

                                                        **BY:**    K. Mango

    **U.S.D.J.**                                                 **Deputy Clerk**