```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
SCOTT LUPIA,                                                         :
                                                                     :
                              Plaintiff,                             :
                                                                     :         21-cv-11077 (LJL)
               -v-                                                   :
                                                                     :             ORDER
NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,                            :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2023

LEWIS J. LIMAN, United States District Judge:

     As requested by Defendant, the Court has conducted an in-camera review of the post-verdict letter handed by one of the jurors to be delivered to Plaintiff. Dkt. No. 71.

     The Court finds that the letter does not show that there was "extraneous prejudicial information was improperly brought to the jury's attention," that "an outside influence was improperly brought to bear on any juror," that there was a "mistake was made in entering the verdict on the verdict form," or that there was any other "exception to juror testimony as provided under F.R.E. 606(b)(2)." *Id*. The Court will separately file a a sealed version of the letter on the Court's docket only viewable by the Court. The Court will provide the original of the letter to counsel for Plaintiff for counsel to provide directly to his client.

     SO ORDERED.

Dated: March 27, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge